IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE MATHIS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0344

Opinion filed September 20, 2017.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Willie Mathis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 We previously affirmed the summary denial of Appellant's postconviction motion brought pursuant to Florida Rule of Criminal Procedure 3.850. We also ordered the appellant to show cause why sanctions should not be imposed for his frivolous filings in this Court.

 Appellant has failed to obtain relief in five previous postconviction appeals

that he filed in this Court to challenge his judgment and sentence in Baker County Circuit Court Case 02-2004-CF-000165-A. The instant appeal involves an untimely postconviction motion raising a claim that has been argued and rejected numerous times. Due to Appellant's apparent abuse of the legal process by his repeated, frivolous pro se filings attacking his judgment and sentence, this Court issued an order directing him to show cause why he should not be prohibited from future pro se filings. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). Appellant has not shown cause for his repeated frivolous filings.

Therefore, because Appellant's repeated attacks on his judgment and sentence have become an abuse of the legal process, we hold that he is barred from future pro se filings in this Court concerning Baker County Circuit Court Case 02-2004-CF-000165-A. The Clerk of this Court is directed not to accept any future filings concerning this case unless they are filed by a member in good standing of The Florida Bar.

ROBERTS, MAKAR, and JAY, JJ., CONCUR.